PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Alsharif Scriven | Cr.: 15-00363-001 |
| | PACTS #: 798501 |

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/02/2015

Original Offense:   Count 1: Motor Vehicle Theft - Carjacking, 18:2119 (1)
                    Count 2: Violent Crime/Drugs/Machine Gun, 18:924(c)(1)(A)(i)

Original Sentence: 97 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Mental Health Treatment, No New Debt/Credit, Alcohol Restrictions, Forfeiture

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 12/31/2020 |

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the Court.'** |
| | Prior to submitting a urine sample on November 22, 2022, Scriven admitted to using marijuana on November 21, 2023. Scriven indicated he uses marijuana to help treat his mental health. |

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Mr. Scriven and will serve as an official written reprimand. Scriven was attending mental health counseling at the Morris and Essex Mental Health Associates but was recently transfer to Somerset Psychological Group. All parties are now addressing his use of marijuana and his underlining mental health issues. Scriven has recently become more vocal regarding the trauma he suffered as a child. Somerset Psychological Group specialize in addressing PTSD and trauma. Any additional noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:   KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

_____   1/18/2023
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

January 20, 2023
Date